FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 NOV 13 A 10: 37

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

American Casualty Co., of Reading, PA

                       plaintiff(s),

    vs                                          **Civil No. MJG-92-1138**

Resolution Trust Corporation in its capacity
as Receiver for First Federal Savings Bank of Annapolis, et al.

                       defendant(s),

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is ordered this _8th_ day of _November_, 2006, all sealed documents submitted by the parties in the above captioned case shall be returned to counsel or destroyed on or before November 30, 2006.

Counsel are directed to contact Bob Karaska, Courtroom Services Supervisor at (410) 962-3767, within (14) days of the date of this order to make arrangements to retrieve their respective sealed materials. If counsel do not contact Mr. Karaska within (14) days the materials will be destroyed- pursuant to Local Rule 113.

MARVIN J. GARBIS
United States District Judge